Commonwealth *v.* Teenie, Appellant.

Argued December 11, 1970. *Rodney D. Henry,* Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Theobald, Appellant.

Argued December 10, 1970. *Daniel H. Shertzer,* for appellant; *D. Richard Eckman,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Thomas, Appellant.

Submitted December 10, 1970. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.